UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | C/A No.: 8:10-cr-01155-GRA |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | (Written Opinion) |
| WILTON LEON HOLLEY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Before the Court is the motion of the Government for Reduction of Sentence and Delay of Defendant's report date to the Bureau of Prisons. The Defendant was sentenced on October 17, 2011 by the Honorable G. Ross Anderson, Jr., to an active sentence of 33 months. The Court Ordered that the Defendant be allowed to self-report to the Bureau of Prisons. The Defendant was to report to the McCreary Federal Prison in Kentucky on November 28, 2011. On November 18, 2011, by written order, this Court delayed the Defendant's report date to the Bureau of Prison facility to which he had been designated until January 28, 2011.

Due to factual circumstances, which are not to be publically revealed, the Defendant is granted permission to not report to a United States Government Prison Facility until further order of this Court.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the report date of the defendant, Wilton Leon Holley, be delayed from the report date of January 28,

2012 until further order of this Court.

**IT IS SO ORDERED.**

_____
G. Ross Anderson, Jr.
Senior United States District Judge

January 18, 2012
Anderson, South Carolina